UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                          CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON                              December   2003

PLAINTIFF'S OBJECTION TO MOTION TO COMPEL

Plaintiff objects to defendant's Motion to Compel, since (1) it is untimely, Edberg v. CPI, Inc., 2000 WL 1844651 (D. Conn. 2000); (2) plaintiff and her counsel appeared at a duly noticed deposition on August 27, 2003, but defendant refused to take the deposition meriting sanctions under Fed. R. Civ. P. 37(d) which should include preclusion of any deposition;[1] (3) defendant filed a summary judgment motion without reference to discovery, so that plaintiff's testimony is unnecessary; (4) document production is moot, since defendant's summary judgment motion does not rely thereon; (5) depositions are ordinarily precluded absent good cause in FDCPA cases;[2] (6) defendant did not file a Local Rule 37 affidavit and made no effort to resolve any issues as mandated by Rule 37(a)(2)(A) and Local Rule 37(a)2 before filing; (7) defendant did not recite verbatim the requests and responses as mandated by Local Rule 37(a)3. A copy of plaintiff's responses and objections is appended.

---

[1] See Ruling precluding deposition in Spector v. Trans Union, Civil No. 3:03CV 252 (GLG) (WIG) attached.
[2] Plaintiff appends several decisions granting a motion for protective order (deposition) unless defendant can show good cause therefor. Dotkowski v. GC Services Ltd Partnership, Civil No. 3:96CV1487 (RNC) (DFM) (D. Conn. July 21, 1997); Csugi v. Monterey Financial Services, Civil No. 3:95CV2140 (DJS) (D. Conn. June 12, 1996); Cirkot v. Capital Credit Corporation, Civil No. 3:94CV109 (RNC) (D. Conn. Feb. 23, 1996); Taylor v. Teleservices, Inc., Civil No. 3:95CV2205 (AWT) (D. Conn. May 31, 1996); Bishop v. National Account Systems, Inc., Civil No. 3:91CV 132 (AHN) (TPS) (D. Conn. Jan. 6, 1992).

Defendant's improperly filed and belated Motion to Compel should be denied. <u>Edberg v. CPI, Inc.</u>, 2000 WL 1844651 (D. Conn. 2000).

                                                         THE PLAINTIFF

                                                         BY_____
                                                        JOANNE S. FAULKNER ct04137
                                                           123 Avon Street
                                                           New Haven, CT 06511-2422
                                                           (203) 772-0395
                                                           j.faulkner@snet.net

This is to certify that the foregoing was mailed on December 17, 2003, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

                                                           _____
                                                           Joanne S. Faulkner