UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Aug 1 2 08 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

WILLIAM SPECTOR

v.                                              CASE NO. 3:03 CV 252 (GLG)

TRANS UNION LLC                                 August 1, 2003

### PLAINTIFF'S MOTION FOR SANCTIONS AND TO PRECLUDE

Defendant noticed a deposition for July 10, 2003, but did not appear. Plaintiff and his

counsel appeared. Plaintiff seeks an order pursuant to Fed. R. Civ. P. 30(g)(1) for the

expenses of plaintiff and his counsel. In addition, plaintiff seeks an order precluding the

deposition in whole or in part due to defendant's admission that its expense to take the

deposition outweighs the benefits thereof.

Affidavits are appended. A memorandum is filed herewith.

THE PLAINTIFF

Oral argument is not requested

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net