UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                    CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON                                December  26, 2003

### PLAINTIFF'S LOCAL Rule 56(c)(2) STATEMENT

Plaintiff notes that defendant has not presented all the salient facts in his Statement and has not satisfied Fed. R. Civ. P. 56(c).

1. Admitted but irrelevant, since the earlier action involved a different letter, a different creditor, and a different underlying debt.

2. Admitted but irrelevant, since plaintiff has the option to bring her separate causes of action in separate suits, and defendant did not move to consolidate.

3. Admitted but irrelevant, since plaintiff has the option to bring her separate causes of action in separate suits, and defendant did not move to consolidate.

4. Denied because there are different defendants and different violations based on the underlying alleged debt and the difference in defendants' responsibility for those actions.

5. Denied. The statutory and punitive damages are different; any emotional distress damages overlap and will have to be allocated by the jury.

6. Denied because there are different defendants and different violations based on the underlying alleged debt and the difference in defendants' responsibility for those actions. Admitted that some of the violations are based on the same legal theories, but apply to different underlying demand letters and alleged debts to different creditors.

7. Admitted that the facts alleged in the complaint herein -- defendant's separate letter seeking payment of a different creditor's account – all occurred before the commencement of the Prior Action.

ISSUES TO BE TRIED:

Defendant's multiple violations of the FDCPA arising from the factual circumstances of his discrete collection letter on the discrete Marshall's-Marmax account, including his personal (not joint and several) liability for violation of the FDCPA as expressed in the Clomon-Avila-Dickerson line of cases. <u>Clomon v. Jackson,</u> 988 F.2d 1314, 1320 (2d Cir. 1993); <u>Nielsen v. Dickerson,</u> 307 F.3d 623 (7th Cir. 2002).

THE PLAINTIFF

BY_____
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net

This is to certify that the foregoing was mailed on December 24, 2003, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

_____
Joanne S. Faulkner