UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 MAY -5 P 12: 40
U.S. DISTRICT COURT
HARTFORD CT

EVELINE GOINS

v.   CASE NO. 3:02CV1537 (AVC)

MARVIN BRANDON

May 5, 2003

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY: NO OBJECTIONS

Pursuant to Fed. R. Civ. P. 37(a), 33(b), 34(b) and 6(b)(2), Plaintiff moves to compel defendant to respond to interrogatories and production requests served on Feb. 11, 2003. Despite two extensions of time, defendant has not responded to discovery to which he did not pose objections.

THE PLAINTIFF

ORAL ARGUMENT IS
NOT REQUESTED

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing and attached was mailed on May 3, 2003, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

_____
Joanne S. Faulkner

February 12, 2004. GRANTED.
SO ORDERED.
Alfred W. Covello, U.S.D.J.