UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

vs.

MARVIN BRANDON

CIVIL ACTION NO.
3:02 CV 01537 (AVC)

DECEMBER 9, 2003

## MOTION TO COMPEL DEPOSITION
## AND DOCUMENT PRODUCTION FROM PLAINTIFF

The Defendant, Marvin Brandon ("Defendant"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby moves to compel the Plaintiff, Eveline Goins, to appear for her deposition and produce documents responsive to the Defendant's Request for Production.

This is an action alleging violations of the Fair Debt Collection Practices Act. The action arises out of the Defendant's alleged attempt to collect a debt with respect to certain alleged bad checks written by the Plaintiff. Plaintiff claims to have received certain allegedly false or misleading letters from the Defendant with respect to his alleged attempt to collect a debt left unsatisfied by Plaintiff's alleged bad checks.

**A.     The Plaintiff Should Be Compelled To Appear At Her Deposition.**

On or about August 14, 2003, the Defendant served the Plaintiff with a notice of deposition. The notice scheduled the Plaintiff's deposition for August 27, 2003. (See copy of the deposition notice attached hereto as Exhibit A). Immediately upon receipt of the notice, Plaintiff's counsel contacted the undersigned expressing concern that the Plaintiff's deposition had been noticed to occur prior to the deposition of the Defendant, which had been previously

1

[Handwritten marginal note:]
SO ORDERED. The motion to compel the production of documents is also granted in all respects. The plaintiff shall appear for deposition at the United States Courthouse, 450 Main Street, Hartford, Connecticut on February 27, 2004. Counsel shall telephone the court's deputy clerk, Joanne Walker, at 860-240-3209 for available sites in the Federal Building for such a proceeding. Further is granted in all respects.

Alfred V. Covello, U.S.D.J.
February 12, 2004