UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                    CASE NO. 3:02CV 1537 (AVC)

J BRANDON                              May 5, 2003

## PLAINTIFF'S MOTION TO COMPEL

aintiff moves for an order compelling defendant to respond to disputed

y requests. She served discovery on February 11, 2003. After obtaining an

of time, defendant served boilerplate objections dated April 11, 2003.

seeks an order compelling response to Interrogatories 7, 11, 12, 17, 21 and

on requests 6, 7, 9, 17, 18, 19.

e disputed discovery is set forth in the memorandum filed herewith.

THE PLAINTIFF

RGUMENT
QUESTED

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395

February 12, 2004. GRANTED.
Alfred V. Covello, U.S.D.J.

3:02cv1537 (AVC).
SO ORDERED.