UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS,<br>    Plaintiff,<br><br>VS.<br><br>MARVIN BRANDON,<br>    Defendant. | :<br>:<br>:<br>: Civil No. 3:02cv1537 (AVC)<br>:<br>:<br>:<br>: |

## SUPPLEMENTAL ORDER TO FEBRUARY 12, 2004 ORDER GRANTING THE DEFENDANT'S MOTION TO COMPEL

As a supplement to the court's February 12, 2004 order granting the defendant's motion to compel, the court orders the plaintiff to appear for deposition <u>no later than 1:45 pm</u> on February 27, 2004 at the United States Courthouse, 450 Main Street, Hartford, Connecticut.

A failure to timely appear may result in an order of sanctions to include costs, attorneys fees or dismissal of this action.

It is so ordered this 25th day of February, 2004 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge