UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                      CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON                          February 27, 2004

### PLAINTIFF'S MOTION FOR EXPENSES

Pursuant to Fed. R. Civ. P. 30(g), Plaintiff respectfully moves the Court to award $60 to plaintiff and $900 to plaintiff's counsel for three hours' time attending a deposition which defendant refused to take. Plaintiff appeared for her noticed deposition on August 27, 2003, at defense counsel's office in Southport, but defendant refused to take the deposition.

Pursuant to Rule 30(g), the Court is requested to award the payment of plaintiff and her counsel for the wasted August morning.

THE PLAINTIFF

BY___/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on February 27, 2004, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

___/s/ Joanne S. Faulkner___
Joanne S. Faulkner