UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                    CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON                                        February 27, 2004

MEMORANDUM IN SUPPORT OF PAYMENT OF EXPENSES

Fed. R. Civ. P. 30(g)(1) provides that if the party giving notice of the deposition fails "to proceed therewith and another party attends in person or by attorney pursuant to the notice, the court may order the party giving the notice to pay to such other party the reasonable expenses incurred by that party and that party's attorney in attending, including reasonable attorney's fees."

Defendant in this case has exhibited repeated disregard for the Scheduling Order and the extensions of time defendant himself sought. The Court has so far tolerated defendant's delays as to allow him to take a deposition after the conclusion of discovery upon a motion not complying with Local Rule 37. "For Rule 16(b) to operate effectively, litigants cannot be permitted to treat a scheduling order as a "frivolous piece of paper idly entered, which can be cavalierly disregarded without peril." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 610 (9th Cir. 1992). "District courts should not countenance 'purposeful sluggishness' in discovery on the part of parties or attorneys and should be prepared to impose sanctions when they encounter it." Residential Funding Corp. v. DeGeorge Financial Corp., 306 F.3d 99 (2d Cir. Sept. 26, 2002).

Defendant's dilatory conduct should be discouraged by granting this motion.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net

This is to certify that the foregoing was mailed on February 27, 2004, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

    ____/s/ Joanne S. Faulkner___
    Joanne S. Faulkner