UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 27 A 11: 12
U.S. DISTRICT COURT
HARTFORD, CT.

EVELINE GOINS  :  CIVIL ACTION NO.
             :  3:02 CV 01537 (AVC)
             :
vs.          :
             :
             :
MARVIN BRANDON  :  APRIL 26, 2003

### DEFENDANT COUNSEL'S MOTION FOR ATTORNEY'S FEES

The Defendant, Marvin Brandon ("Defendant"), hereby respectfully requests an award of attorney's fees pursuant to Fed. R. Civ. P. 37(a)(4). The undersigned requests that the undersigned be awarded attorney's fees in the amount of $500.00 for two and one-half (2.5) hours of time spent traveling to and from the Hartford courthouse from the undersigned's offices in Southport, CT. As fully explained in the Defendant's accompanying Memorandum, the Defendant was forced to depose the Plaintiff at the Hartford courthouse, as opposed to counsel's offices in Southport, pursuant to a Court order necessitated by the Plaintiff's cat and mouse tactics.

WHEREFORE, the Defendant requests a court order granting the undersigned an award of attorney's fees in the amount of $500.00.

THE DEFENDANT,

By: _____
Sabato P. Fiano (Ct 18879)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8963

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 26th day of April 2004, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

_____
Sabato P. Fiano

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 01537 (AVC) |
| vs. | : | |
| MARVIN BRANDON | : | APRIL 26, 2003 |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

The undersigned certifies as follows:

1. I am counsel for the Defendant, Marvin Brandon ("Defendant"), in the above-captioned matter.

2. I have been admitted to practice in the Federal Courts of the District of Connecticut since 1998.

3. I am requesting fees in the amount of $500.00 for two and one-half (2.5) hours of time I spent traveling to and from the Hartford courthouse from my offices in Southport, CT in order to depose the Plaintiff on February 27, 2004.

4. I was forced to depose the Plaintiff at the Hartford courthouse, as opposed to at my offices in Southport, as a result of this Court's order entered on February 12, 2004 granting the Defendant's Motion to Compel dated December 9, 2004 and necessitated by the Plaintiff's cat and mouse tactics giving rise to Defendant's Motion.

5. I am requesting fees at an hourly rate of $200.00 because I believe the rate is reasonable, is my normal hourly rate with respect to such matters and reflects the current market rate in the community of my peers for federal litigation.

1

_____
Sabato P. Fiano
CT 18879

Subscribed and sworn to before me
this 26th day of April, 2003.

_____
Tammy Denesha
Commissioner of the Superior Court
~~Notary Public~~
~~My Commission Expires:~~

2