FILED

2004 APR 27 A 11: 12

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS | CIVIL ACTION NO. |
| | 3:02 CV 01537 (AVC) |
| vs. | |
| MARVIN BRANDON | APRIL 26, 2003 |

### DEFENDANT'S MOTION TO RECONSIDER ORDER GRANTING PLAINTIFF'S COUNSEL ATTORNEY'S FEES

The Defendant, Marvin Brandon ("Defendant"), hereby respectfully requests that the Court reconsider its Order granting attorneys' fees in favor of Plaintiff's counsel (Dkt. #40). Defendant inadvertently did not initially oppose the motion for fees because, as more fully explained in the Defendant's accompanying Memorandum, the motion appeared moot in view of the Court's prior order dated February 12, 2004 granting the Defendant's motion to compel the Plaintiff's deposition and rejecting Plaintiff's arguments that formed the basis of her motion for fees (Dkt. #36).

WHEREFORE, the Defendant requests that the Court reconsider its Order granting attorney's fees in favor of Plaintiff's counsel.

1

THE DEFENDANT,

By: _____
Sabato P. Fiano (Ct 18879)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8963

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 26th day of April 2004, to:

    Joanne S. Faulkner, Esq.
    123 Avon Street
    New Haven, CT 06511

_____
Sabato P. Fiano