UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                             CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON                                 July 24, 2004

PLAINTIFF'S MOTION FOR PERMISSION TO FILE
MOTION FOR SUMMARY JUDGMENT

Plaintiff moves for permission to file the appended motion for summary judgment on a dispositive legal issue out of time. Defendant's Summary Judgment Motion is pending and undecided. This is plaintiff's first such motion. Defendant does not consent despite having requested and obtained several extensions herein. Doc. Nos. 5, 12, 15, 22, 23, 25, 26.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
  123 Avon Street
  New Haven, CT 06511-2422
  (203) 772-0395
  j.faulkner@snet.net


This is to certify that the foregoing was mailed on July 24, 2004, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

_____/s/ Joanne S. Faulkner___
Joanne S. Faulkner