UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.  CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON  July 24, 2004

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff moves for partial summary judgment as to liability on her claim that Marvin Brandon violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e, by sending her a demand letter with only his name on the letterhead, and over his signature, mentioning litigation, even though he had no involvement in sending the letter, had not reviewed plaintiff's file, had no intention to sue, and had made no determination about whether suit was appropriate. Miller v. Wolpoff & Abramson,L.L.P., 321 F.3d 292, 300 (2d Cir. 2003), citing Clomon v. Jackson, 988 F.2d 1314, 1321 (2d Cir. 1993) and Nielsen v. Dickerson, 307 F.3d 623, 638 (7th Cir. 2002).

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on July 24, 2004 postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

____/s/ Joanne S. Faulkner____
Joanne S. Faulkner