UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

EVELINE GOINS

2004 JUL 28  A 10: 51

v.                                          CASE NO. 3:02CV 1537 (AVC)

U.S. DISTRICT COURT
HARTFORD, CT.

MARVIN BRANDON                              July 27, 2004

## PLAINTIFF'S MOTION FOR PERMISSION TO SUPPLEMENT HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant moved for summary judgment on the basis of his Third and Fourth Affirmative defenses (splitting causes of action, prior pending action) based on her bringing two different suits, the First Suit against Brandon, Boyajian, and JBC (Civil No. 3:02CV 1069) (MRK), and this Second Suit against Brandon only, based on a different internal account and a different creditor.

Plaintiff requests permission to supplement her opposition by the July 6, 2004, statements of defense counsel and the deponent that the accounts and suits were indeed separate.

Defendant asserted the identical affirmative defenses in a Third Suit 3:03CV 636 (JBA). At the deposition of Mr. Boyajian (owner of JBC) on July 6, 2004, the following admissions were made:

```
                             97
     7   Q    So, as of November of 2001, there were
     8   two separate master files for Miss Goins?
     9        A    Apparently. I think I already
    10   testified to that. I think I showed you that on the
    11   master there may have been three. . . .
    18   Q    So as of November 2001, you did not --
    19   the files were not merged; is that correct?
    20        A    That's correct.

                             98
     6   Q    Did any attorney review Exhibit N
              [Letter dated Nov. 22, 2001 re Wilson Suede, First Suit]
         or Y
              [Letter dated Nov. 22, 2001 re Marshall's-Marmax -- this Second Suit]
     7   before they went out?
     8        A    I'm not going to answer that question.
     9   They don't relate to this matter.
    10        MR. ELLIOT: Well, it's true, they do not
    11   relate to this matter in any way, shape or form.
    12   Those letters are the subject of other lawsuits.
```

August 2, 2004.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.