*[Handwritten margin note, left side, rotated:]* August 17, 2004. The motion for reconsideration is GRANTED. The relief requested is also granted in that the court hereby vacates its earlier order granting a motion for attorneys fees and costs and substitutes therefor this order that no fees or costs shall be awarded. SO ORDERED.

/s/ Alfred V. Covello, U.S.D.J.

**FILED**

2004 APR 27 A 11: 12

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 01537 (AVC) |
| vs. | : | |
| | : | |
| MARVIN BRANDON | : | APRIL 26, 2003 |

### DEFENDANT'S MOTION TO RECONSIDER ORDER GRANTING PLAINTIFF'S COUNSEL ATTORNEY'S FEES

The Defendant, Marvin Brandon ("Defendant"), hereby respectfully requests that the Court reconsider its Order granting attorneys' fees in favor of Plaintiff's counsel (Dkt. #40). Defendant inadvertently did not initially oppose the motion for fees because, as more fully explained in the Defendant's accompanying Memorandum, the motion appeared moot in view of the Court's prior order dated February 12, 2004 granting the Defendant's motion to compel the Plaintiff's deposition and rejecting Plaintiff's arguments that formed the basis of her motion for fees (Dkt. #36).

WHEREFORE, the Defendant requests that the Court reconsider its Order granting attorney's fees in favor of Plaintiff's counsel.



*[Filed stamp: 2004 AUG 17 P 4:43 U.S. DISTRICT COURT HARTFORD, CT]*

1