UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS : CIVIL ACTION NO.
: 3:02 CV 01537 (AVC)
:
vs. :
:
:
MARVIN BRANDON : APRIL 26, 2003

### DEFENDANT COUNSEL'S MOTION FOR ATTORNEY'S FEES

The Defendant, Marvin Brandon ("Defendant"), hereby respectfully requests an award of attorney's fees pursuant to Fed. R. Civ. P. 37(a)(4). The undersigned requests that the undersigned be awarded attorney's fees in the amount of $500.00 for two and one-half (2.5) hours of time spent traveling to and from the Hartford courthouse from the undersigned's offices in Southport, CT. As fully explained in the Defendant's accompanying Memorandum, the Defendant was forced to depose the Plaintiff at the Hartford courthouse, as opposed to counsel's offices in Southport, pursuant to a Court order necessitated by the Plaintiff's cat and mouse tactics.

WHEREFORE, the Defendant requests a court order granting the undersigned an award of attorney's fees in the amount of $500.00.

*August 17, 2004. DENIED. SO ORDERED.*
*Alfred V. Covello, U.S.D.J.*