UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

EVELINE GOINS                    :     CIVIL ACTION NO. 2004 AUG 20  A 10: 47
                                 :     3:02 CV 01537 (AVC)
                                 :
                                 :              U.S. DISTRICT COURT
                                 :               HARTFORD, CT.
vs.                              :
                                 :
                                 :
MARVIN BRANDON                   :     AUGUST 19, 2004

### MOTION ON CONSENT FOR ENLARGEMENT OF TIME

The defendant respectfully requests an enlargement of time to respond to the

plaintiff's motion for partial summary judgment, to and including September 13, 2004.

The additional time is necessary due to conflicts with recent vacation time and out-of-

state business travel and the press of other business, as well as the fact that additional

time is needed to obtain appropriate affidavits on behalf of the out-of-state defendant.

This is the first requested extension involving this time period and is made with

the consent of plaintiff's counsel.

                              THE DEFENDANT


                              By: _____
                                   Jonathan D. Elliot
                                   Fed. Bar No. CT 05762
                                   Kleban & Samor, P.C.
                                   2425 Post Road
                                   Southport, CT 06890
                                   (203) 254-8963

<u>CERTIFICATION</u>

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 19th day of August 2004 to:

      Joanne S. Faulkner, Esq.
      123 Avon Street
      New Haven, CT 06511

                                   Jonathan D. Elliot