UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 01537 (AVC) |
| vs. | : | |
| | : | |
| MARVIN BRANDON | : | AUGUST 24, 2004 |

MOTION FOR RECONSIDERATION
OR IN THE ALTERNATIVE, TO STAY

      The defendant hereby moves that the Court reconsider its ruling dated Aguust 10, 2004 denying defendant's motion for summary judgment on the ground that the instant action due to the existence of a prior similar action (the "First Action") between the same parties, violated the prohibition on splitting causes of action.  The ruling relies on an improperly narrow application of the rules against claim splitting and res judicata and seemingly ignores the fact that a single action under the FDCPA encompasses liability for multiple violations, including all violations which were, or which could have been, brought before the Court in the First Action.

      Moreover, in light of the Court's uncertainty as to the applicability of the doctrine of res judicata as a result of the First Action, the Court should stay the instant action, or dismiss it without prejudice, to await the results of the First Action in order to avoid unnecessary duplication in the trial of the two actions.

      The reasons for the instant motion are more fully set forth in the memorandum of law submitted herewith.

WHEREFORE, the Court should reconsider its ruling, and grant summary judgment to defendant, or in the alternative, should stay the instant action pending the final disposition of the First Action to determine whether res judicata is a bar to the instant action.

                                                      THE DEFENDANT

By:_____
      Jonathan D. Elliot
      Fed. Bar No. CT 05762
      Kleban & Samor, P.C.
      2425 Post Road
      Southport, CT 06890
      (203) 254-8963

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 24th day of August 2004 to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

_____
Jonathan D. Elliot

Jbc\GoinsII \ple\Motion for reconsideration082404