54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 01537 (AVC) |
| vs. | : | |
| MARVIN BRANDON | : | AUGUST 19, 2004 |

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM

The parties jointly request that the time for submission of the joint trial memorandum in the above matter be extended to a time not earlier than October 15, 2004, or such other date as the Court may determine. There currently is a pending dispositive motion to which defendant will be responding in the near future. Because this is a fee shifting case, the parties agree that the expenditure of additional time and effort in a matter which might be resolved following a decision on the pending motion or due to other settlement efforts, might prove counterproductive.

This is the first motion directed to this time period and is made with the consent of counsel.

THE DEFENDANT

By: _____
Jonathan D. Elliot
Fed. Bar No. CT 05762
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8963

August 23, 2004.
GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 19th day of August 2004 to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

_____
Jonathan D. Elliot