UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS : CIVIL ACTION NO.
: 3:02 CV 01537 (AVC)
:
:
:
vs. :
:
:
:
MARVIN BRANDON : AUGUST 19, 2004

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME

The defendant respectfully requests an enlargement of time to respond to the plaintiff's motion for partial summary judgment, to and including September 13, 2004. The additional time is necessary due to conflicts with recent vacation time and out-of-state business travel and the press of other business, as well as the fact that additional time is needed to obtain appropriate affidavits on behalf of the out-of-state defendant. This is the first requested extension involving this time period and is made with the consent of plaintiff's counsel.

THE DEFENDANT

By: _____
Jonathan D. Elliot
Fed. Bar No. CT 05762
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8963

September 1, 2004.  GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.