UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 01537 (AVC) |
| vs. | : | |
| MARVIN BRANDON | : | September 13, 2004 |

MOTION FOR ENLARGEMENT OF TIME

The defendant hereby requests an additional two days, to and including September 15, 2004, to submit its response to the plaintiff's motion for partial summary judgment.  The time is made necessary in that an original responsive affidavit sent from the defendant was misdirected to an incorrect address and its whereabouts are currently unknown.  The additional time is necessary to obtain another signed original and to file it with other accompanying papers with the Court.  This is the second motion directed to this time period and is made with the consent of plaintiff's counsel.

                                          THE DEFENDANT

                                          By:_____
                                                Jonathan D. Elliot
                                                Fed. Bar No. CT 05762
                                                Kleban & Samor, P.C.
                                                2425 Post Road
                                                Southport, CT 06890
                                                (203) 254-8969

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 13th day of September 2004 to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

                                                                                   _____
                                                                                    Jonathan D. Elliot