UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 01537 (AVC) |
| vs. | : | |
| MARVIN BRANDON | : | September 13, 2004 |

**DEFENDANT'S LOCAL RULE 56(a)(2) STATEMENT**

The Defendant disputes the following numbered items in

4. Defendant did not review plaintiff's account on or make the decision to send the letter. Brandon Dep. at 22-25 attached.

Defendant disputes this statement to the extent that it suggests that no such review took place or that an attorney was not involved in the decision to send a letter.   See Brandon Dep. at 22024, Boyajian Declaration, Boyajian Dep. At 37-40.

5. Defendant did not have copies of the checks at issue.  Brandon Dep. 15 54056 attached.

Defendant disputes this, in that copies of checks were ultimately obtained.  See Boyajian Declaration at ¶9.

6. Defendant did not make the decision about the amount of demanded in the letter.   Brandon Dep. at 34-35 attached.

Defendant disputes this to the extent that it suggests that no attorney is involved in determining the amount demanded.  Boyajian Declaration at ¶9.

7. Defendant did not intend to sue at the time of the letter was transmitted. Brandon Dep. at 28-29 attached.

Defendant disputes this to the extent that it suggests that no attorney is involved in the decision whether an account will be referred for litigation. Brandon Dep. 28-29; Boyajian Declaration.

Defendant submits that there are questions of fact precluding partial summary judgment for the plaintiff on the issue presented, as follows:

1. Whether the first action commenced by plaintiff Goins could have included the claims made in the instant action.
2. Whether a judgment in the first action would have res judicata effect as to the second.
3. Whether the letter from JBC was from an attorney in a meaningful sense.
4. Whether the letter in question misrepresented the involvement of an attorney in the collection effort.

        THE DEFENDANT,

        By:_____
            Jonathan D. Elliot (CT 05762)
            Kleban & Samor, P.C.
            2425 Post Road
            Southport, CT 06890
            (203) 254-8963

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of September 2004, to:

        Joanne S. Faulkner, Esq.
        123 Avon Street
        New Haven, CT 06511

        _____
        Jonathan D. Elliot