UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 01537 (AVC) |
| vs. | : | |
| MARVIN BRANDON | : | September 16, 2004 |

**NOTICE OF MANUAL FILING**

The Defendant hereby submits notice of manual filing of the Exhibits to Declaration of Jack Boyajian as follows:

A. Goins v. JBC & Associates, P.C, et al Complaint Bearing Case no.: 3:02CV1069 filed June 20, 2002.

B. JBC & Associates letter to Eveline J. Goins dated November 22, 2001; and

C. Eveline Goin's Check Nos. 190, 236 & 240.

THE DEFENDANT,

By:_____
Sabato P. Fiano (CT 18879)
Jonathan D. Elliot (CT 05762)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8963

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 16th day of September 2004, to:

> Joanne S. Faulkner, Esq.
> 123 Avon Street
> New Haven, CT 06511

_____
Sabato P. Fiano