UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 01537 (AVC) |
| vs. | : | |
| MARVIN BRANDON | : | September 13, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendant hereby requests an additional two days, to and including September 15, 2004, to submit its response to the plaintiff's motion for partial summary judgment. The time is made necessary in that an original responsive affidavit sent from the defendant was misdirected to an incorrect address and its whereabouts are currently unknown. The additional time is necessary to obtain another signed original and to file it with other accompanying papers with the Court. This is the second motion directed to this time period and is made with the consent of plaintiff's counsel.

THE DEFENDANT

By: _____
Jonathan D. Elliot
Fed. Bar No. CT 05762
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8969

September 16, 2004.   GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2004 SEP 16 P 5:59
U.S. DISTRICT COURT