UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 01537 (AVC) |
| vs. | : | |
| MARVIN BRANDON | : | November 30, 2004 |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The defendant, with the consent of plaintiff's counsel, hereby moves for additional time, to and including January 31, 2005 within which to file the parties' joint trial memorandum.  The parties make this request in light of the pendency of dispositive motions and/or motions for reconsideration relating thereto. In light of the fee shifting nature of this action, the parties believe it would be counterproductive to incur additional fees when decisions on the pending motions may obviate or narrow the need for a trial. This is the third motion directed to this time period.

THE DEFENDANT,
Marvin Brandon


By:_____
Jonathan D. Elliot
Fed. Bar No. CT 05762
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8969

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 30th day of November 2004 to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

                                                    _____
                                                    Jonathan D. Elliot