UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| EVELINE GOINS | CIVIL ACTION NO.<br>3:02 CV 01537 (AVC) |
| vs. | |
| MARVIN BRANDON | JANUARY 31, 2005 |

2005 FEB -1  A 8: 27

U.S. DISTRICT COURT
HARTFORD, CT.

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The defendant hereby moves for additional time, to and including March 20, 2005, within which to file the parties' joint trial memorandum. The parties make this request in light of the pendency of dispositive motions and/or motions for reconsideration relating thereto. In light of the fee shifting nature of this action, the parties believe it would be counterproductive to incur additional fees when decisions on the pending motions may obviate or narrow the need for a trial. This is the fourth motion directed to this time period. This motion is made, after inquiry, without objection by the plaintiff's counsel.

THE DEFENDANT,
Marvin Brandon

By: _____
Jonathan D. Elliot
Fed. Bar No. CT 05762
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8969

## CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 31st day of January, 2005 to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

                                      Jonathan D. Elliot