UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

EVELINE GOINS

vs.

MARVIN BRANDON

: CIVIL ACTION NO.
: 3:02 CV 01537 (AVC)
:
: 2005 FEB -1  A 8: 27
:
: U.S. DISTRICT COURT
: HARTFORD, CT.
:
:
: JANUARY 31, 2005

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The defendant hereby moves for additional time, to and including March 20, 2005, within which to file the parties' joint trial memorandum. The parties make this request in light of the pendency of dispositive motions and/or motions for reconsideration relating thereto. In light of the fee shifting nature of this action, the parties believe it would be counterproductive to incur additional fees when decisions on the pending motions may obviate or narrow the need for a trial. This is the fourth motion directed to this time period. This motion is made, after inquiry, without objection by the plaintiff's counsel.

THE DEFENDANT,
Marvin Brandon

By: _____
Jonathan D. Elliot
Fed. Bar No. CT 05762
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8969

February 1, 2005.  GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2005 FEB -2 A 10: 56
U.S. DISTRICT COURT
HARTFORD, CT.