UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

EVELINE GOINS : CIVIL ACTION NO.
: 3:02 CV 01537 (AVC)
vs. :
:
:
MARVIN BRANDON : MARCH 11, 2005

March 14, 2005. GRANTED,
SO ORDERED.
Alfred V. Covello, U.S.D.J.

## MOTION TO WITHDRAW AS COUNSEL

The undersigned hereby moves, pursuant to Rule 7(e) of the Local Rules of the District Court, that attorneys Jonathan D. Elliot and Sabato P. Fiano be permitted to withdraw as counsel for the defendant Marv Brandon. Defendants have notified their current counsel that they have elected to replace them with other counsel, who the undersigned believes is about to file an appearance. Replacement counsel has been identified as Edward Shelton and Peter R. Reynolds of MacDermid Reynolds & Glissman of 86 Farmington Avenue, Hartford, Connecticut. Defendant has requested that the undersigned take no further action on their behalf.

In accordance with Local Rule 7(e), a copy of this motion and the notice attached hereto has been sent, by certified mail, return receipt requested, to the defendant at the address indicated in the attached certification.

WHEREFORE, the undersigned requests that this motion to withdraw as counsel be granted and that defendants be notified of such withdrawal.