FILED

2005 MAR 21 P 12: 57



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02-CV-01537 (AVC) |
| | : | |
| MARVIN BRANDON | : | MARCH 16, 2005 |
| Defendant. | : | |

### APPEARANCE

To the Clerk of this court and all parties of record, please enter our appearances as counsel in this case for all the defendants.

DEFENDANT,
MARVIN BRANDON

By: _____
Peter R. Reynolds
Federal Bar Number (ct06535)
preynolds@mrglaw.com

_____
Edward S. Shelton
Federal Bar Number (ct19722)
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Avenue
Hartford, CT 06105
Tel. (860) 278-1900
Fax (860) 547-1191
eshelton@mrglaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing was forwarded via first class mail, postage prepaid this 16th day of March, 2005 to the following counsel of record:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

Jonathan D. Elliot, Esq.
Kleban & Samor PC
2425 Post Road
PO Box 763
Southport, CT 06490-0763

Peter R. Reynolds