FILED

2005 MAR 21  P 12: 51

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS : | |
|     Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02-CV-01537 (AVC) |
| : | |
| MARVIN BRANDON : | MARCH 16, 2005 |
|     Defendant. : | |

## MOTION FOR EXTENSION OF TIME

The defendant respectfully moves this Court for an extension of time of sixty days, through and including May 20, 2005, to file a joint trial memorandum. The grounds for this motion are that a ruling on the motion for summary judgment is pending, and the undersigned has recently been substituted as new counsel for the defendant and requires a reasonable period to review and become familiar with the file.

Counsel for the plaintiff has been contacted and has consented to extending the time to file a joint trial memorandum.

WHEREFORE, the defendant respectfully requests that this Court extend the time to file a joint trial memorandum to May 20, 2005.

MACDERMID, REYNOLDS & GLISSMAN, P.C.
ATTORNEYS AT LAW
86 FARMINGTON AVENUE • HARTFORD, CONNECTICUT 06105 • TEL. (860) 278-1900 • FAX (860) 547-1191 • JURIS No. 408391

DEFENDANT,
MARVIN BRANDON

By: _____
Peter R. Reynolds
Federal Bar Number (ct06535)
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Avenue
Hartford, CT 06105
Tel. (860) 278-1900
Fax (860) 547-1191
preynolds@mrglaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing was forwarded via first class mail, postage prepaid this 16th day of March, 2005 to the following counsel of record:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

Jonathan D. Elliot, Esq.
Kleban & Samor PC
2425 Post Road
PO Box 763
Southport, CT 06490-0763

_____
Peter R. Reynolds