FILED

2005 MAR 21 P 12: 57

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

EVELINE GOINS
        Plaintiff,

v.

MARVIN BRANDON
        Defendant.

CIVIL ACTION NO.
3:02-CV-01537 (AVC)

MARCH 16, 2005

## MOTION FOR EXTENSION OF TIME

The defendant respectfully moves this Court for an extension of time of sixty days, through and including May 20, 2005, to file a joint trial memorandum. The grounds for this motion are that a ruling on the motion for summary judgment is pending, and the undersigned has recently been substituted as new counsel for the defendant and requires a reasonable period to review and become familiar with the file.

Counsel for the plaintiff has been contacted and has consented to extending the time to file a joint trial memorandum.

WHEREFORE, the defendant respectfully requests that this Court extend the time to file a joint trial memorandum to May 20, 2005.

March 23, 2005. GRANTED.
SO ORDERED.
/s/ Alfred V. Covello, U.S.D.J.

MACDERMID, REYNOLDS & GLISSMAN, P.C.
ATTORNEYS AT LAW
86 FARMINGTON AVENUE • HARTFORD, CONNECTICUT 06105 • TEL. (860) 278-1900 • FAX (860) 547-1191 • JURIS No. 408391