UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. 2004 AUG 25 A 7 08 |
| | : | 3:02 CV 01537 (AVC) |
| | : | U.S. DISTRICT COURT |
| | : | HARTFORD, CT. |
| vs. | : | |
| | : | |
| | : | |
| MARVIN BRANDON | : | AUGUST 24, 2004 |

## MOTION FOR RECONSIDERATION
## OR IN THE ALTERNATIVE, TO STAY

The defendant hereby moves that the Court reconsider its ruling dated Aguust 10, 2004 denying defendant's motion for summary judgment on the ground that the instant action due to the existence of a prior similar action (the "First Action") between the same parties, violated the prohibition on splitting causes of action. The ruling relies on an improperly narrow application of the rules against claim splitting and res judicata and seemingly ignores the fact that a single action under the FDCPA encompasses liability for multiple violations, including all violations which were, or which could have been, brought before the Court in the First Action.

Moreover, in light of the Court's uncertainty as to the applicability of the doctrine of res judicata as a result of the First Action, the Court should stay the instant action, or dismiss it without prejudice, to await the results of the First Action in order to avoid unnecessary duplication in the trial of the two actions.

The reasons for the instant motion are more fully set forth in the memorandum of law submitted herewith.

---

*Handwritten margin annotation:*

The relief requested, however, is d 56

The motion for reconsideration is granted. Alfred V. Covello, U.S.D.J.

April 8, 2005. denied.
SO ORDERED.