UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS | : |
|     Plaintiff, | : |
| | :   CIVIL ACTION NO. |
| v. | :   3:02-CV-01537 (AVC) |
| | : |
| MARVIN BRANDON | : |
|     Defendant. | :   MAY 18, 2005 |

**MOTION FOR EXTENSION OF TIME AND
REQUEST FOR SETTLEMENT CONFERENCE**

The defendant respectfully moves this Court for an extension of time to file a joint trial memorandum to allow the parties to engage in a settlement conference. Following the Court's ruling dated April 27, 2005 on plaintiff's motion for partial summary judgment, the parties have undertaken settlement discussions which may eliminate the need for trial of any remaining issues, and submit that a settlement conference would be beneficial in resolving the case.

Counsel for the plaintiff has been contacted and she has no objection to this motion for extension and request for a settlement conference.

WHEREFORE, the defendant respectfully moves that the Court extend the time to file a joint trial memorandum to twenty days after the date upon which the settlement conference can be scheduled.

DEFENDANT,

By: _____
Peter R. Reynolds
Federal Bar Number (ct06535)
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Avenue
Hartford, CT 06105
Tel. (860) 278-1900
Fax (860) 547-1191
preynolds@mrglaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension was forwarded via first class mail, postage prepaid this 18th day of May, 2005 to the following counsel of record:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

_____
Peter R. Reynolds