UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

2005 SEP -8  A 10 59

v.                                                          CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON                                September 8, 2005

## PLAINTIFF'S FEE APPLICATION

Plaintiff applies for an award of fees against defendant in the sum of $22,918. Plaintiff prevailed on her motion for partial summary judgment, and defendant agreed to pay $1,500 to plaintiff, more than the maximum statutory damages. Plaintiff also requests $664.31 in expenses, including filing and deposition costs. Counsel submits a memorandum and an affidavit as to time and experience herewith.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that the foregoing was mailed on September 7, 2005, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

__/s/ Joanne S. Faulkner____
Joanne S. Faulkner