UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT 

EVELINE GOINS          :
                Plaintiff,          :
                                    :          CIVIL ACTION NO.
        v.                          :          3:02-CV-01537 (AVC)
                                    :
MARVIN BRANDON          :
                Defendant.          :          SEPTEMBER 26, 2005

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FEE APPLICATION

The defendant respectfully moves this Court for an additional thirty (30) days, until October 29, 2005, within which to respond to plaintiff's fee application dated September 8, 2005. As grounds for this request, the defendant represents that he needs further time in which to evaluate plaintiff's application and formulate his response. Plaintiff's counsel has consented to the granting of this motion.

WHEREFORE, the defendant respectfully moves that the Court extend the time to file a response to plaintiff's fee application until October 29, 2005.

GRANTED.

Alfred V. Covello, U.S.D.J.

September 29, 2005.
SO ORDERED.