UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                         CASE NO. 3:02CV 1537  (AVC)

MARVIN BRANDON                             December 23, 2005

## MOTION TO SUPPLEMENT PLAINTIFF'S FEE APPLICATION

Plaintiff moves for permission to supplement her fee application by submitting an award against the defendant's corporate employer finding 262 hours reasonably expended, contrary to defendant's argument that the approximately 66 hours expended herein was excessive. Copy of Dunaway v JBC & Associates, Inc., Civil No. 03-73597 (E.D. Mich. Dec. 19, 2005) attached.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 065l1-2422
(203) 772-0395

This is to certify that the foregoing and attached was mailed on December 23, 2005, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

__/s/ Joanne S. Faulkner_____
Joanne S. Faulkner