UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 MAY 19 A 10: 10
DISTRICT COURT
HARTFORD, CT.

EVELINE GOINS
      Plaintiff,

v.

MARVIN BRANDON
      Defendant.

CIVIL ACTION NO.
3:02-CV-01537 (AVC)

MAY 18, 2005

## MOTION FOR EXTENSION OF TIME AND REQUEST FOR SETTLEMENT CONFERENCE

The defendant respectfully moves this Court for an extension of time to file a joint trial memorandum to allow the parties to engage in a settlement conference. Following the Court's ruling dated April 27, 2005 on plaintiff's motion for partial summary judgment, the parties have undertaken settlement discussions which may eliminate the need for trial of any remaining issues, and submit that a settlement conference would be beneficial in resolving the case.

Counsel for the plaintiff has been contacted and she has no objection to this motion for extension and request for a settlement conference.

WHEREFORE, the defendant respectfully moves that the Court extend the time to file a joint trial memorandum to twenty days after the date upon which the settlement conference can be scheduled.

GRANTED. The settlement conference in this matter will go forward on June 14, 2005 at 10:00am. The joint trial memorandum shall be due on or before July 5, 2005.
SO ORDERED.

June 1, 2005.

Alfred V. Covello, U.S.D.J.

MACDERMID, REYNOLDS & GLISSMAN, P.C.
ATTORNEYS AT LAW
86 FARMINGTON AVENUE • HARTFORD, CONNECTICUT 06105 • TEL. (860) 278-1900 • FAX (860) 547-1191 • JURIS NO. 408391