UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EVELINE GOINS

CASE NO.: 3:02CV 1537(AVC)

V

MARVIN BRANDON

J U D G M E N T

Counsel of record having reported to the Court on September 6, 2005, that the above-entitled case has settled; Plaintiff having filed an application for fees on September 8, 2005, and the court having granted the motion by endorsement order on April 25, 2006, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered and the case is dismissed. Plaintiff is awarded costs and fees consistant with the endorsement order in the total amount of $20,308.31.

Dated at Hartford, Connecticut this 28 day of April, 2006.

KEVIN F. ROWE, CLERK

BY _____
Fidelis Basile
Deputy Clerk