UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                    CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON                        July 14, 2006

PLAINTIFF'S MOTION TO COMPEL
DISCOVERY: NO OBJECTIONS

Pursuant to Fed. R. Civ. P. 37(a), 33(b), 34(b) and 6(b)(2), Plaintiff moves to compel defendant (an individual admitted to practice law in another state and thus subject to ethical mandates of Rules of Professional Conduct 8.4(4)), to respond to post-judgment interrogatories served on May 8, 2006. Defendant has not paid the judgment and neither responded nor objected within the time limited by the Federal Rules. Defendant thus waived any objection. Fed. R. Civ. P. 33(b), 34(b).

THE PLAINTIFF

ORAL ARGUMENT IS
NOT REQUESTED

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER  ct04137
123 Avon Street
New Haven, CT 065l1
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing and attached was mailed on July 13, 2006, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

                                          ____/s/ Joanne S. Faulkner___
                                              Joanne S. Faulkner

Case 3:02-cv-01537-AVC     Document 99     Filed 07/14/2006     Page 2 of 2