UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                              CASE NO. 3:02CV 1537  (AVC)

MARVIN BRANDON                                  July 14, 2006

PLAINTIFF'S MEMORANDUM RE MOTION TO COMPEL
UNOBJECTED-TO DISCOVERY

On May 8, 2006, plaintiff served discovery requests on defendant. Defendant did not respond, object, or seek an extension of time.

The failure to serve a proper objection on opposing counsel within the time limited by the rules waives any objection. *E.g.*, Chubb Integrated Systems v. National Bank, 103 F.R.D. 52 (D.C. 1984). Absent timely objection, a defendant is obligated to provide the requested discovery without court order. Penthouse International Ltd. v. Playboy Enterprises, Inc., 663 F.2d 371 (2d Cir. 1981).

In granting a similar motion in like circumstances, Judge Dorsey ruled "Though plaintiff has not shown a detailed compliance with Local Rule 9, where there is an unexplained failure to comply with disclosure requests that are unobjected to, there is little to discuss." Rosa v. Gramatan Investors Corp., Civil No. N-86-170 (D. Conn. Aug. 19, 1986).

CONCLUSION

Since defendant did not respond to discovery requests, the Motion to Compel should be granted in all respects. "District courts should not countenance 'purposeful sluggishness' in discovery on the part of parties or attorneys and should be prepared to impose

sanctions when they encounter it." <u>Residential Funding Corp. v. DeGeorge Financial Corp.</u>, 306 F.3d 99 (2d Cir. 2002).

                              THE PLAINTIFF

                          BY__/s/ Joanne S. Faulkner___
                            JOANNE S. FAULKNER ct04137
                               123 Avon Street
                               New Haven, CT 065l1
                               (203) 772-0395
                               j.faulkner@snet.net

This is to certify that the foregoing was mailed on July 13, 2006, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

                            __/s/ Joanne S. Faulkner__
                               Joanne S. Faulkner