UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                    CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON                        July 14, 2006

**LOCAL RULE 37 AFFIDAVIT RE UNOBJECTED-TO DISCOVERY**

I certify, pursuant to 28 U.S.C. §1746, that I have reminded defendant's counsel that the responses were overdue. Defendant has not responded. It is apparent that an order is necessary to obtain the information.

There is no known dispute as to the contents of the unobjected-to discovery.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 13, 2006.

　　　　/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on July 13, 2006, postage prepaid,

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

　　　　/s/ Joanne S. Faulkner___
Joanne S. Faulkner