UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                    CASE NO. 3:02CV 1537  (AVC)

MARVIN BRANDON                                September 25, 2006

## MOTION FOR ORDER TO SHOW CAUSE

Plaintiff moves for an order directing defendant, an attorney admitted to

practice in New Jersey, to show cause why he should not be found in civil contempt

for failure to comply with this Court's Order (Doc. No. 100) that he respond to post-

judgment interrogatories, and for failure to pay the judgment entered by this Court

Doc. No. 98). 18  U.S.C. § 401(3); Fed. R. Civ. P. 37(b).

Plaintiff respectfully requests this Court to issue an Order directing Defendant

to appear before this Court at a time and place to be fixed in said Order, to show

cause why he should not be adjudged in civil contempt of this Court; and

THEREAFTER, (a) issue an Order adjudging defendant  in civil contempt of    this

Court's Order and Final Judgment, and further:

(b) Order and direct defendant  forthwith to comply therewith; and further

(c) Impose upon defendant  a fine of up to $1,000 for every day after this

Court's Order that defendant fails to carry out the directions of this Court;

(d) Order and direct that a copy of any Order herein be served upon the

appropriate Bar disciplinary entity for the State of New Jersey for such action as it

deems appropriate pursuant to the Rules of Professional Conduct including Rule

8.4(4).

(e) Issue such further orders as the nature of the case may require and as the

Court may deem just and proper to compel obedience to and compliance with the

orders and decrees of this Court; and

(f) Grant to the plaintiff  the costs and fees of maintaining this proceeding.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06l11-2422
(203) 772-0395

This is to certify that the foregoing was mailed on September 22, 2006, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

__/s/ Joanne S. Faulkner_____
Joanne S. Faulkner