UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.  CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON  September 25, 2006

MEMORANDUM IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE

Defendant attorney has refused to comply with the judgment of this Court by paying the judgment with statutory interest, and has refused to comply with a specific order directing him to respond to post-judgment interrogatories. Pursuant to Fed. R. Civ. P. 37(b)(2) and –(c)(1), "A federal district court possesses broad inherent power to protect the administration of justice by levying sanctions in response to abusive litigation practices." Penthouse Intern., Ltd. v. Playboy Enterprises, Inc., 663 F.2d 371, 386 (2d Cir. 1981). The predicate for imposition of sanctions pursuant to Rule 37(b) is failure to obey a lawful order from this court. "Provided that there is a clearly articulated order of the court requiring specified discovery, the district court has the authority to impose Rule 37(b) sanctions for noncompliance with that order." Daval Steel Products, a Div. of Francosteel Corp. v. M/V Fakredine, 951 F.2d 1357, 1363 (2d Cir. 1991).

Here, defendant is an attorney, so that his violations are particularly offensive to the system of justice which he is sworn to uphold.

CONCLUSION

An order to show cause should enter as requested, so that defendant attorney can show cause why he should not be held in contempt and why the requested orders should not issue.

                                        THE PLAINTIFF

                                    BY____/s/ Joanne S. Faulkner___
                                    JOANNE S. FAULKNER ct04137
                                    123 Avon Street
                                    New Haven, CT 06511-2422
                                    (203) 772-0395
                                    j.faulkner@snet.net

    This is to certify that the foregoing was mailed on September 22, 2006, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

                                    __/s/ Joanne S. Faulkner_____
                                    Joanne S. Faulkner