UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS, | : | |
|   Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:02-CV-1537(AVC) |
| | : | |
| MARVIN BRANDON, | : | |
|   Defendant. | : | |

## ORDER TO SHOW CAUSE

The defendant, Marvin Brandon, is ordered to show cause as to why he shall not be subject to sanctions for his failure to obey this court's order that he respond to the post-judgment interrogatories served on him on May 8, 2006, by no later than August 22, 2006. Brandon shall have to and including October 12, 2006, to respond to this order and to request a hearing on the matter. Absent a request from Brandon, no hearing will be scheduled.

On or before October 12, 2006, the plaintiff shall submit to the court an affidavit detailing the reasonable expenses, including attorney's fees, caused by Brandon's failure to respond to the interrogatories.

It is so ordered this 28th of September, 2006, at Hartford, Connecticut.

/s/
_____
Alfred V. Covello, U.S.D.J.