UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS | : |
|     Plaintiff, | : |
| | :   CIVIL ACTION NO. |
| v. | :   3:02-CV-01537 (AVC) |
| | : |
| MARVIN BRANDON | :   OCTOBER 2, 2006 |
|     Defendant. | : |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to L.Civ.R. Rule 15, the undersigned attorney hereby moves for permission to withdraw as attorney for the defendant, MARVIN BRANDON, in the above entitled matter. Attached to this motion is the notice to such party as required. Said notice has been sent by certified mail, return receipt requested, to the defendant at his last known address, 2 Broad Street, 6th Floor, Bloomfield, NJ 07003, giving the defendant notice of this motion. As grounds for this motion, the undersigned states that there has been inadequate communication between attorney and clients for there to be effective representation. This case went to judgment several months ago and this office has received no communications from the client since that time, despite several letters and telephone messages left at the client's office seeking direction as to a number of post-judgment matters. Counsel for the Plaintiff does not object to this motion to withdraw.

- 2 -

DEFENDANT,

By: _____
Peter R. Reynolds
Federal Bar Number (ct06535)
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Avenue
Hartford, CT 06105
Tel. (860) 278-1900
Fax (860) 547-1191
preynolds@mrglaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing motion to withdraw as counsel was forwarded via first class mail, postage prepaid this 2nd day of October, 2006 to the following counsel of record:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

_____
Peter R. Reynolds

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02-CV-01537 (AVC) |
| | : | |
| MARVIN BRANDON | : | OCTOBER 2, 2006 |
|     Defendant. | : | |

**CERTIFIED MAIL: RETURN RECEIPT REQUESTED**

TO:   MARVIN BRANDON
        2 Broad Street, 6th Floor
        Bloomfield, NJ 07003

## NOTICE

1.    This office is filing a motion seeking the court's permission to withdraw from representing you in the matter of Eveline Goins v. Marvin Brandon, Civil Action No.: 3:02-CV-01537 (AVC) in the United States District Court, District of Connecticut at Hartford;

2.    If you wish to be heard with respect to the motion, you should contact the clerk's office to find out the date and time of the hearing;

3.    You may appear in court on the date and time of the hearing at the United States District Court, District of Connecticut at Hartford, 450 Main Street, Hartford, CT 06103 and address the court;

4.    If the motion to withdraw is granted, you should either obtain another attorney or file an appearance on your own behalf with the court; and

5.    If you do not obtain another attorney or file an appearance on your own behalf, you will not receive notices of court proceedings in the case and a default judgment may be rendered against you.

By: _____
Peter R. Reynolds
Its Attorneys
Federal Bar #ct06535