UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.  CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON  October 12, 2006

ATTORNEY'S FEE AFFIDAVIT

Joanne S. Faulkner states:

1. I am the attorney for the plaintiff in this fair debt collection matter and file this affidavit pursuant to the Court's Order (Doc. No. 102).

2. I have had extensive experience for over thirty years in consumer matters, including litigation, conducting seminars and publication in the field. In October, 2002, I received the prestigious Vern Countryman Award from the National Consumer Law Center "for excellence and dedication in the practice of consumer law on behalf of low-income consumers." http://www.consumerlaw.org/award/faulkner.shtml

3. Expenses caused by defendant's failure to respond to post judgment discovery are 1.81 hours as follows:

| Date | Description | Hours |
|---|---|---|
| April 27, 2006 | e-mail reminder to counsel | .1 |
| June 17, 2006 | e-mail reminder to counsel | .1 |
| July 14, 2006 | Motion to compel | .25 |
| August 9, 2006 | e-mail reminder to counsel | .1 |
| Sept. 22, 2006 | Research and draft M/contempt | 1.00 (half of time) |
| Sept. 30, 2006 | e-mail reminder to counsel | .1 |
| Oct. 12, 2006 | draft fee affidavit | .25 |

4. Attorney's fees are thus $633.50 at $350 per hour.

5. I am requesting attorney's fees at the rate of $350 per hour because I believe the rate is reasonable and reflects the lowest current market rate in the community of my peers for federal litigation. The rate was awarded me in St. Denis v. New Horizon Credit, Inc., Civil No. 3:05CV 1952 (JBA) (D. Conn. July 12, 2006); Moore v. Sank, Civil No. 3:03CV801 (CFD) (D. Conn. June 2, 2006); Sylvia v. Ellis, Crosby & Associates, Inc, 3:05CV 1468 (JCH) (D. Conn. Dec. 12, 2005); Petrolito v. Arrow Financial Services, 3:02cv484 (JCH) (Doc. No. 148) (D. Conn. July 28, 2005). Other recent awards were at $300 per hour. Goins v. JBC & Associates, P.C., 2006 WL 540332 (D.Conn. March 06, 2006); Johnson v. Consumer Education Services, Inc., Civil No. 3:03CV 1115 (AWT) (D. Conn. Feb. 7, 2005); Pabon v Recko, Civil No. 3:00CV 380 (DJS)(TPS) (D. Conn. Dec. 30, 2004) Doc. No. 171; Murphy v Kwiatek, Civil No. 3:03cv173 (MRK) (WIG) (D. Conn. Oct. 5, 2004) Doc. Nos. 15, 17; Harvey v. USCB, Inc., Civil No. 3:02CV1770 (DJS) (D. Conn. Jan. 31, 2003) ($300 per hour); Wrightington v. Nationwide Capital Recovery, Civil No. 3:02CV 1175 (JBA) (JGM) (D. Conn. Jan 6, 2003) ($300 per hour). See also Orchano v. Advanced Recovery, Inc. (1998) ($275 per hour); Nickerson v. J&P Credit Services, Civil No. 3:99CV1876 (DJS) (TPS) (D. Conn. Mar. 29, 2000) ($275 per hour granted as requested with finding that $275 "is substantially less than that normally commanded by Ms. Faulkner").

6. I submit this summary affidavit to keep the time expended minimal. This Court may assess the reasonableness of the amount claimed based on its familiarity with the case, normal rates in the jurisdiction, and its experience generally. DeFilippo v. Morizio, 759 F.2d 231, 236 (2d Cir. 1985). "The smaller the stakes, the less the required formality of

3

proof. It would be absurd to require a litigant to incur a substantial expense in proving up a [fee] claim for only $816." <u>Vukadinovich v. McCarthy</u>, 59 F.3d 58, 60 (7th Cir. 1995).

I verify under the penalty of perjury that the foregoing is true and correct.

Dated October 12, 2006

                                       ____/s/ Joanne S. Faulkner_____
                                           Joanne S. Faulkner

Certificate of Service

I hereby certify that on October 12, 2006, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             ____/s/ Joanne S. Faulkner___
                                   JOANNE S. FAULKNER ct04137
                                         123 Avon Street
                                       New Haven, CT 06511-2422
                                          (203) 772 0395
                                          j.faulkner@snet.net