UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EVELINE GOINS

                                CIVIL ACTION NO.    3:02CV 1537 (AVC)

MARVIN BRANDON

MOTION FOR APPOINTMENT OF PERSON
TO SERVE PROCESS

    Plaintiff moves this Court to appoint <u>State Marshal Robert Miller</u>, a qualified person over eighteen (18) years of age, residing in <u>New Haven County</u>, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

    Dated at <u>New Haven</u>, Connecticut, this _____ day of <u>August, 2007</u>, _____.

                                                                        Attorney for Plaintiff
                                                          /s/ Joanne S. Faulkner ct04137
                                                          123 Avon St, New Haven CT 06511

SO ORDERED.

KEVIN F. ROWE, CLERK

By:_____
      Deputy Clerk

Dated:_____, _____